**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7800**

---

KEVIN DUTY, a/k/a Keith Duty,

                                    Plaintiff - Appellant,

        versus

B. B. GENTRY, Lieutenant of the Jail; SERGEANT
PRICE, Sergeant of the Jail; MS. GARRIT, Nurse
of the Jail,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CA-00-643-2)

---

Submitted:  February 8, 2001          Decided:  February 16, 2001

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kevin Duty, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Duty appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint without prejudice for failure to pay the filing fee or return the consent to payment forms required under the Prison Litigation Reform Act. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Duty v. Gentry, No. CA-00-643-2 (E.D. Va. Dec. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2